**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs/Appellees, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al. <br><br> Defendants/Appellants. | No. 26-40094 |

**APPELLANTS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a 30-day extension of the deadline for filing the opening brief in this appeal.  This motion is unopposed.

1. This case involves a challenge to a Federal Trade Commission rule updating the form that parties to certain large transactions must file before consummating their deal, as required by the Hart Scott Rodino Act, 15 U.S.C. § 18a; *see Premerger Notification; Reporting and Waiting Period Requirements*, 89 Fed. Reg. 89,216 (Nov. 12, 2024).  After the district court vacated the rule, the Commission appealed and moved for a stay pending appeal.  This Court initially entered an administrative stay but subsequently denied the stay motion.  Under the current briefing schedule, the government's opening brief is due on April 20.

2. The government respectfully requests a 30-day extension of time, such that the opening brief would be due on May 20, 2026.  The government has not previously sought an extension of time in this case.

3. The requested extension is necessary in light of other deadlines faced by government counsel.  Steven Hazel has principal responsibility for preparing the government's brief in this case.  Mr. Hazel also has principal responsibility for presenting argument in *Florida v. Secretary of Education*, 24-13814 (11th Cir.) (argument set for April 10), and for preparing the government's briefs in *Eli Lilly v. HHS*, 26-1301 (7th Cir.) (response brief with expected due date of April 29); *USPS v. Postal Regulatory Commission*, 25-1289 (D.C. Cir.) (response brief due on May 6; extension request is pending) and *Washington v. Department of Education*, 26-510 (9th Cir.) (opening brief due on May 18).  Mr. Hazel is also responsible for multiple time-sensitive internal matters.

4. Daniel Tenny has supervisory responsibility for the government's brief in this case.  Mr. Tenny also has supervisory responsibility for the following matters with upcoming deadlines: *Thierren v. Saunders*, 25-1487 (1st Cir.) (intervenor brief due on April 1); *Soto-Jimenez v. Isihara*, 26-1327 (8th Cir.) (opening brief due on April 16); *Philip Morris US v. FDA*, 25-13863 (11th Cir.) (reply brief due on April 30); *Shapiro v. USDA*, 26-1014 (3d Cir.) (response brief due on May 8); and *United States v. Illinois*, 25-2905 (7th Cir.) (reply brief due on May 15).

5. Counsel for plaintiffs have indicated that plaintiffs do not oppose the relief requested in this motion.

Respectfully submitted,

DANIEL TENNY

/s/ Steven H. Hazel
STEVEN H. HAZEL

   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 514-2498

March 30, 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 397 words, according to the count of Microsoft Word.

/s/ Steven H. Hazel
STEVEN H. HAZEL