# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, et al., | |
| *Plaintiff-Appellees*, | Case No. 26-40094 |
| v. | |
| Federal Trade Commission, et al., | **NOTICE OF CHANGE OF ADDRESS** |
| *Defendant-Appellants.* | |

**PLEASE TAKE NOTICE** that the address and contact information of Judson Owen Littleton, counsel for Plaintiff-Appellees Chamber of Commerce of the United States of America, Business Roundtable, American Investment Council, and Longview Chamber of Commerce, have changed to the following:

Judson Owen Littleton
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8531
JLittleton@gibsondunn.com

Dated:　April 30, 2026

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

*/s/ Judson Owen Littleton*
Judson Owen Littleton
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8531
JLittleton@gibsondunn.com

*Counsel for Plaintiff-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, the foregoing **Notice of Change of Address** was filed electronically with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the Court's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Judson Owen Littleton*
Judson Owen Littleton