# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Chamber of Commerce of the United
States of America, et al.,

   *Plaintiff-Appellees*,

v.

Federal Trade Commission, et al.,

   *Defendant-Appellants.*

Case No. 26-40094

**NOTICE OF CHANGE
OF ADDRESS**

  **PLEASE TAKE NOTICE** that the address and contact information of

Jeffrey B. Wall, counsel for Plaintiff-Appellees Chamber of Commerce of the

United States of America, Business Roundtable, American Investment Council,

and Longview Chamber of Commerce, have changed to the following:

  Jeffrey B. Wall
  Gibson, Dunn & Crutcher LLP
  1700 M Street, NW
  Washington, D.C. 20036
  Telephone: (202) 955-8533
  JWall@gibsondunn.com

Dated: April 30, 2026

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

*/s/ Jeffrey B. Wall*
Jeffrey B. Wall
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, D.C. 20036
Telephone: (202) 955-8533
JWall@gibsondunn.com

*Counsel for Plaintiff-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, the foregoing **Notice of Change of Address** was filed electronically with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the Court's CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jeffrey B. Wall*
Jeffrey B. Wall
